UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* | FILED UNDER SEAL |
| BRENDA KING,<br>　　　　　Plaintiff, | Civil Action No. 12-C-860 |
| v. | |
| NOVUM STRUCTURES, LLC,<br>　　　　　Defendant. | |

**ORDER MODIFYING SEALING ORDER (DKT. NO. 28)**

The United States intervened in part of this action. It now has declined to intervene in part of this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4). Accordingly, the court **ORDERS**:

1.　That the clerk of court **UNSEAL** the relator's complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this order;

2.　That all other pleadings or orders on file in this matter (and the associated docket entries) shall remain under seal; and

3.　That the clerk of court shall **LIFT THE SEAL** on all other pleadings or filings occurring in this action after the date of this order.

Dated in Milwaukee, Wisconsin this 4th day of January, 2016.

BY THE COURT:

_____
HON. PAMELA PEPPER
United States District Judge